**LAW OFFICE OF CHERYL K. COPPERSTONE, P.C.**
252 WEST INA ROAD SUITE 203
TUCSON, AZ. 85704
(520) 628-8888

**CHERYL K. COPPERSTONE**
Bar No. 015009
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 13 |
|---|---|
| **DOUGLAS E. WISELY** | |
| Debtor. | Case No. 4:09-bk-07259-JMM |
| **Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns** | |
| Movant, | **DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| vs. | |
| **DOUGLAS E. WISELY Debtor(s), and DIANNE C. KERNS, Trustee,** Respondents | |

**COMES NOW** the Debtor(s), Douglas Wisely, by and through the undersigned attorney, Cheryl K. Copperstone, pursuant to 11 U.S.C. § 362(d), hereby objects to the relief requested by Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns, ("Movant") for the reasons set forth herein.

1. Pursuant to 11 U.S.C. §362, the Court must deny the motion for stay relief when cause is not demonstrated for adequate protection, and when the property either has sufficient equity or is necessary for an effective reorganization. 11 U.S.C. §362(d).

2. The property on which the Movant has asked to lift the stay is the domicile of the

Case No. 4-09-bk-07259 -JMM
Debtor's Opposition to Motion to Lift Automatic Stay
Page 2

Debtor. As such, the property is necessary for an effective reorganization of the Debtor. Reorganization of the Debtor under Chapter 13 is feasible, based on Debtors' previously filed Schedules and previously confirmed Plan of Reorganization.

3. A sufficient equity cushion exists to provide Movant's adequate protection.

4. Debtor has previously been in contact with Movant regarding a loan modification. It is believed that such a modification will resolve the matter.

**WHEREFORE**, the Debtor(s), Douglas Wisely, respectfully requests the court,

1. Deny Movant's Motion for Relief From the Automatic Stay, or in the alternative issues such orders are just to allow Movant to cure any default found by the court,

2. Such other and further relief as the Court may deem just.

**DATED** this **27th** day of **October, 2009.**

LAW OFFICE OF CHERYL K. COPPERSTONE PC

/s/ State Bar No.015009
Cheryl K. Copperstone,
Attorney for Debtors

Copy mailed October 27, 2009 to:

Tiffany & Bosco
2525 E Camleback Road Third Floor
Phoenix, AZ 85016

Dianne C. Kerns, Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741-2305
Chapter 13 Bankruptcy Trustee

Douglas Wisely
1517 S Cactus Sand Place
Tucson, AZ 85748